IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

DERRICK BERNARD JACKSON, *

Petitioner, *

v. Case No. 5:26-CV-280-MTT-CHW
*

UNITED STATES OF AMERICA, *

Respondent. *

**<u>J U D G M E N T</u>**

Pursuant to this Court's Order dated 10/29/2026, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 30th day of October, 2026.

David W. Bunt, Clerk

s/ Amy N. Stapleton, Deputy Clerk